UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____X

| | |
|---|---|
| SANDRA L. MACAULAY, AS ADMINISTRATRIX FOR THE ESTATE OF CHRISTOPHER A. MACAULAY, | CIVIL ACTION<br><br>NO. 07 CA 10864 NG |
| Plaintiff | |
| VS. | |
| MASSACHUSETTS BAY COMMUTER RAILROAD COMPANY, | |
| Defendant | FEBRUAY 14, 2008 |

_____X

## **AFFIDAVIT**

I, Scott Perry, am over the age of twenty-one and understand the obligations of an oath.

I represent the plaintiff in this action.

On January 18, 2008, I conferred in good faith with defendant's attorney, Colleen Cook, from 2:30 p.m. to 3:40 p.m. and again on February 13, 2008 from 3:05 p.m. to 3:25 p.m. in an effort to resolve the parties' differences with regard to Interrogatories 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 13, 14, 15, 16, 20 and 21 and Requests 1, 3, 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 31, 32, 34, 46, 37, 38, 39, 40, 41, 42, 43 and 44.  The parties were not able to resolve their differences.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

_____
Scott E. Perry

Subscribed and sworn to before me this 14th day of February, 2008.

_____
Notary Public

MARILYN A. DONROE - Notary Public
My Commission Expires 2/28/2010

2