UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SANDRA L. MACAULAY, AS ADMINISTRATRIX FOR THE ESTATE OF CHRISTOPHER A. MACAULAY, <br><br> Plaintiff, <br><br> v. <br><br> MASSACHUSETTS BAY COMMUTER RAILROAD COMPANY, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) CA NO: 07-10864 NG ) ) ) ) ) ) ) |

### AFFIDAVIT OF JAMES O'LEARY IN SUPPORT OF MBCR'S MOTION FOR PROTECTIVE ORDER

I, James O'Leary, do hereby depose as follows:

1. I am the General Manager of Massachusetts Bay Commuter Railroad Company, LLC ("MBCR").

2. I have no personal knowledge or information concerning the tragic accident that is the subject of the above-captioned action. In fact, I was out of town on the day of the accident and, as a result, did not even view the accident scene.

3. I also did not participate in the investigation of the accident. Rather, I was briefed by staff members about the accident. I was not interviewed about the accident and, similarly, I did not interview any persons in connection with the accident. I wrote no reports for the investigation and was not part of the investigation team.

4. I am informed that plaintiff's counsel seeks to depose me about MBCR's rules and policies and its indemnification agreement with the Massachusetts Bay Transportation Authority ("MBTA"). I am not the person at MBCR with the most knowledge concerning MBCR's indemnification agreement with MBTA, or MBCR's rules and policies. There are other employees at MBCR who specialize in those areas.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS ___TH DAY OF MARCH, 2008.

_____
James O'Leary

2