## Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 07-CA-10864NG
Vol. I, Pg. 1-24

SANDRA L. MACAULAY, as
Administratrix for the Estate of
CHRISTOPHER A. MACAULAY,

    Plaintiff,

    -vs-

MASSACHUSETTS BAY COMMUTER
RAILROAD COMPANY, LLC

    Defendant

The AUDIOVISUAL DEPOSITION of LINA I. MASEDA, taken on behalf of the Plaintiff, pursuant to the Federal Rules of Civil Procedure before Mary F. Corcoran, a Professional Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the offices of NYSTROM BECKMAN & PARIS LLP, 10 St. James Avenue, 16th Floor, Boston, MA, on Wednesday, January 30, 2008, commencing at 12:47 p.m.

ELLEN H. FRITCH & ASSOCIATES
373 Silver Street
South Boston, MA 02127
(617) 269-5448

## Page 2

### APPEARANCES

For the Plaintiff:

    George J. Cahill, Jr., Esq.
    CAHILL, GOETSCH & MAURER, P.C.
    43 Trumbull Street
    New Haven, CT 06510

For the Defendant:

    Colleen C. Cook, Esq.
    Michael Paris, Esq.
    NYSTROM BECKMAN & PARIS LLP
    10 St. James Avenue, 16th Floor
    Boston, MA 02116

Also Present:

    Mr. Craig Newman
    VALED VIDEO
    One Union Street
    Boston, MA 02108

DEPOSITION OF LINA I. MASEDA

## Page 3

### INDEX

| DEPONENT | Page |
|---|---|
| LINA I. MASEDA | |
| Direct Examination By Mr. Cahill | 5 |

### EXHIBITS

| No. | Description | Page |
|---|---|---|
| 1 | NORAC Movement Permit Form D, 1/9/07 | 4 |
| 2 | NORAC Movement Permit Form D, 1/9/07 | 4 |
| 3 | NORAC Movement Permit Form D, 1/9/07 | 4 |

DEPOSITION OF LINA I. MASEDA

## Page 4

### PROCEEDINGS

(Exhibits No. 1 through 3 premarked for Identification.)

THE VIDEOGRAPHER: Today's date is January 30, 2008. The time is approximately 12:47 p.m. The tape is rolling, and we are on the record.

My name is Craig Newman. I'm a legal video specialist with Valed Video Services with offices at One Union Street in Boston, Massachusetts.

The case number is 07-CA-10864NG filed in the United States District Court for the District of Massachusetts entitled Sandra L. Macaulay as Administratrix for the Estate of Christopher A. Macaulay Versus Massachusetts Bay Commuter Railroad Company, LLC.

The Deponent is Lina Maseda, and this video deposition was requested by Attorney Cahill.

At this point, Counsel will please identify themselves for the record, and the Stenographer, Mary Corcoran with

DEPOSITION OF LINA I. MASEDA

**Page 5**

1   Ellen M. Fritch & Associates, will swear the
2   Deponent.
3         MR. CAHILL: George Cahill
4   representing the Estate of
5   Christopher Macaulay.
6         MR. PARIS: Michael Paris for the
7   Defendant, MBCR.
8         MS. COOK: Colleen Cook for the
9   Defendant, MBCR.
10        THE COURT REPORTER: This is
11  Mary Corcoran, the Court Reporter, and I'm
12  going to swear in the Witness.
13        (Witness sworn.)
14        LINA I. MASEDA,
15  having been satisfactorily identified by the
16  production of her driver's license, and duly sworn
17  by the Notary Public, was examined and testified on
18  her oath as follows:
19        DIRECT EXAMINATION
20  (By Mr. Cahill)
21  Q.  Ms. Maseda, who are you employed by at this
22      time?
23  A.  No one.
24  Q.  When did you stop working for the MBCR?

DEPOSITION OF LINA I. MASEDA

**Page 6**

1   A.  October 1, 2007.
2   Q.  And what is the reason that you stopped
3       working for the MBCR?
4   A.  I resigned in the face of imminent dismissal.
5   Q.  Was the dismissal anything to do with the
6       collision that occurred on January 9, 2007?
7   A.  Yes.
8   Q.  For how long were you working as a dispatcher
9       for the railroad prior to January 2007?
10  A.  Five years.
11  Q.  And during that period of time, how long did
12      you work as the Boston West dispatcher?
13  A.  I worked as a spare, meaning I shifted from
14      desk to desk, so I didn't work any one desk
15      per se consistently.
16  Q.  During that period of time, did you work as
17      the Boston West dispatcher?
18  A.  Yes.
19  Q.  And how often would you say you worked as the
20      Boston West dispatcher during that period of
21      time?
22  A.  I can't recall.
23  Q.  As the Boston West dispatcher, are you in
24      charge of the New Hampshire Main Line track?

DEPOSITION OF LINA I. MASEDA

**Page 7**

1   A.  Yes.
2   Q.  And does the New Hampshire Main Line track
3       have automatic block system?
4   A.  Yes.
5   Q.  Could you tell us what an automatic block
6       system is?
7   A.  An automatic block system is computerized
8       blocking device, and what you do is you can
9       use the computer to light up the section of
10      track that you want to block or you could send
11      an automatic signal system where you can use
12      the computer to control the signals out in the
13      field from a remote location.
14  Q.  With the signal system, is the track divided
15      up into blocks, segments of track?
16  A.  There are segments of track, yes.
17  Q.  And if you have a train occupying a segment of
18      track, would you have an indication that a
19      train is occupying that segment of track?
20  A.  Yes.
21  Q.  And would the signal behind that train always
22      be red with the automatic block system?
23  A.  Yes.
24  Q.  And would the signals also tell an engineer

DEPOSITION OF LINA I. MASEDA

**Page 8**

1       where a train is in front of him, do you have
2       like an advance approach signal or anything
3       like that?
4   A.  Yes.
5   Q.  So, an engineer would know that perhaps a
6       train is two segments of track ahead of him?
7   A.  I don't know that the engineer would know the
8       exact distance. I know that they would know
9       whether something was ahead of them or not,
10      but they -- I don't know that they would know
11      the exact distance that would be two blocks,
12      three blocks.
13  Q.  But the way the system works is if a train is
14      occupying a segment of track, the signal
15      behind that train would be red?
16  A.  Yes.
17  Q.  And that's done automatically?
18  A.  Yes.
19  Q.  What are the control points between Wilmington
20      and Boston?
21  A.  There's Wilmington Interlocking; then there's
22      Wilbur Interlocking; then there's Crawford
23      Interlocking; then there's Winchester
24      Interlocking, and then there's Somerville

DEPOSITION OF LINA I. MASEDA